**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **BRADLEY R. BISBEE,** )<br>)<br>**Plaintiff,** )<br>v. )<br>)<br>**CAROLYN W. COLVIN,** )<br>**Acting Commissioner of Social** )<br>**Security,** )<br>)<br>**Defendant** ) | No. 2:13-CV-95-GZS |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 27) filed December 31, 2013, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Decision of the Commissioner is **AFFIRMED**.

                                                       /s/ George Z. Singal
                                                       United States District Judge

Dated this 26th day of January, 2014.